**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed October 1, 2020.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00664-CV

---

### IN RE SIM-MEDS, INC. AND JUSTIN SIMONS, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-19657**

---

## MEMORANDUM OPINION

On September 25, 2020, relators Sim-Meds, Inc. and Justin Simons filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Elaine H. Palmer, presiding judge of the 215th District Court of Harris County, to vacate her August 4, 2020 order denying relators' motion to dismiss to

enforce mandatory forum-selection clause and motion to dismiss for forum non conveniens.

Relators' petition does not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 52.3(k)(1)(A). Accordingly, we dismiss relators' petition for writ of mandamus. We also dismiss relators' emergency motion to stay as moot.

PER CURIAM

Panel consists of Justices Spain, Hassan, and Poissant.